**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Wanda D. Price and Joshua T. Johnson, Defendants,

Of whom Joshua T. Johnson is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2019-001953

─────────────

Appeal From Anderson County
Karen S. Roper, Family Court Judge

─────────────

Unpublished Opinion No. 2020-UP-230
Submitted July 24, 2020 – Filed August 3, 2020

─────────────

**AFFIRMED**

─────────────

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville, for Appellant.

Andrew Troy Potter, of Potter Law, LLC, and Brittany
Dreher Senerius, of South Carolina Department of Social
Services, both of Anderson, for Respondent.

John Marshall Swails, Jr., of Greenville, for the Guardian ad Litem for the minor children.

Robert Mills Ariail, Jr., of Law Office of R. Mills Ariail, Jr., of Greenville, Guardian ad Litem for the appellant.

---

**PER CURIAM:** Joshua T. Johnson appeals the family court's final order terminating his parental rights to his minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Johnson's counsel.

**AFFIRMED.**[1]

**HUFF, THOMAS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.